464 A.2d 524

Ferrante v. Hub Mohawk, Inc. etc.

Appeal of Treadway Companies, Inc.

Petition for Allowance of Appeal
Denied Jan. 17, 1984.

Before JOHNSON, WATKINS and LIPEZ, JJ.
Order affirmed.